UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20702-CR-UNGARO

UNITED STATES AMERICA,
    Plaintiff,

v.

RAYMOND DWAYNE REYNOLDS,
    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon a Petition for Warrant or Summons for Offender Under Supervision.  (D.E. 53.)

THE COURT has considered the Petition and the pertinent portions of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Andrea M, Simonton, who, on August 5, 2010, conducted an evidentiary hearing, at which time the parties announced that they had reached a resolution.  Defendant admitted to Violation One of the Petition and the Government agreed to dismiss Violation Two at sentencing.  Accordingly, on August 25, 2010, the Magistrate Judge issued a Report recommending that the Court revoke Defendant's probation based on his admission to Violation One and that Violation Two be dismissed at the time of sentencing. (D.E. 66.)  The Report further recommended that Defendant be reinstated to a term of probation with the special condition that he reside at Dismas Charities Residential Re-entry Center.  (D.E. 66.) The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; no objections were filed, and the matter is now ripe for review.  Having conducted a *de novo* review of the record, it is hereby,

ORDERED AND ADJUDGED that the Magistrate Judge's Report is RATIFIED, ADOPTED, and AFFIRMED in part: the Report is adopted to the extent it recommends accepting Defendant's admission to Violation One and revoking Defendant's probation.  The further recommendations made in the Report will be duly considered by the Court at sentencing.  The Court will separately issue an order setting this matter for sentencing.

DONE and ORDERED in Chambers, at Miami, Florida this 3d day of October, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of record